IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| STACY D. LUSSI | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil No. 3:12-0754 |
| | ) | Judge Trauger |
| EXPERIAN INFORMATION SOLUTIONS, INC., ET AL. | ) | |
| | ) | |
| Defendants | ) | |

# O R D E R

The court has been notified that plaintiff and defendant Experian Information Solutions, Inc. have settled. It is hereby **ORDERED** that a stipulation of dismissal or other settlement document shall be filed within twenty (20) days of the entry of this Order.

Counsel for defendant, Experian Information Solutions, Inc., do not have to appear for the initial case management conference set for September 28, 2012.

It is so **ORDERED**.

ENTER this 27th day of September 2012.

_____
ALETA A. TRAUGER
U.S. District Judge