IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| STACY D. LUSSI, | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | Civil No. 3:12-0754 |
| | ) | Judge Trauger |
| PROFESSIONAL RECOVERY MANAGEMENT, INC. d/b/a Fox Collection Center, | ) ) ) | |
| Defendant | ) | |

### **O R D E R**

The court has been notified that this case has settled. It is hereby **ORDERED** that a stipulation of dismissal or other settlement document shall be filed within thirty (30) days of the entry of this Order.

The jury trial set for September 3, 2013 and the pretrial conference set for August 30, 2013 are **CANCELLED**.

It is so **ORDERED**.

ENTER this 5th day of February 2013.

_____
ALETA A. TRAUGER
U.S. District Judge